## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER R. FUCHS A/K/A CHRISTOPHE FUCHS,** *on behalf of himself and all others similarly situated,*<br><br>            **Plaintiff,**<br><br>v.<br><br>**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; THE NATIONAL COLLEGIATE FUNDING, LLC; TRANSWORLD SYSTEMS INC.; EGS FINANCIAL CARE, INC. F/K/A NCO FINANCIAL SYSTEMS, INC.; TURNSTILE CAPITAL MANAGEMENT, LLC; FORSTER & GARBUS, LLP; MARK A. GARBUS; RONALD FORSTER; and JOHN DOE 1-10 BEING THE SERVICER(S) OF THE LOANS,**<br><br>            **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Case No.**  17-cv-305<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that served defendants, National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster, jointly and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 *et seq.* hereby remove this action from the Supreme Court of the State of New York, County of Suffolk, to the

United States District Court for the Eastern District of New York.  In support of this Notice of Removal, served defendants National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster state as follows:

1.      On September 23, 2016, plaintiff, Christopher R. Fuchs a/k/a Christophe Fuchs, commenced a civil action by filing a Summons with Notice in the Supreme Court of the State of New York, County of Suffolk, entitled and captioned *Christopher R. Fuchs a/k/a Christophe Fuchs, on behalf of himself and all others similarly situated v. National Collegiate Student Loan Trust 2005-1; The National Collegiate Funding, LLC; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Turnstile Capital Management, LLC; Forster & Garbus, LLP; Mark A. Garbus; Ronald Forster; and John Doe 1-10 Being The Servicer(S) Of The Loans.,* Case No. 615103/2016 (hereinafter the "State Court Action").  No further proceedings before the State Court have occurred.

2.      In his Summons with Notice, plaintiff alleges statutory causes of action against defendants.  A true and correct copy of plaintiff's Summons with Notice is attached hereto as Exhibit A.

3.      Specifically, plaintiff accuses defendants of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and New York state law.

4.      Defendants Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster received plaintiff's Summons with Notice on or about January 17, 2017.

2

5.      Defendants National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; and EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc. received plaintiff's Summons with Notice on or about January 18, 2017.

6.      Upon information and belief, defendants National Collegiate Funding, LLC and Turnstile Capital Management, LLC have not been served.

7.      This Court has jurisdiction over plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.  This Court has supplemental jurisdiction over plaintiff's joined state law claims, pursuant to 28 U.S.C § 1441(c).

8.      This Notice of Removal is timely, having been filed within thirty (30) days of the date defendants National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster received plaintiff's Summons with Notice.  *See* 28 U.S.C. § 1446.

9.      All defendants that have been served with plaintiff's Summons and Notice, National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster, consent to, and jointly file, this Notice of Removal.  *See* 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.").

10.     Written notice of this Notice of Removal of this action is being

3

immediately provided to the Supreme Court of the State of New York, County of Suffolk. *See* Exhibit B, attached hereto.

11.     Written notice of this Notice of Removal of this action is being caused to be served on all parties.

WHEREFORE, defendants, National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster, gives notice that this action is removed from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York.

Dated:  January 19, 2017                    Respectfully Submitted,

/s/   Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
*Counsel for Defendants National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster*

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York, and served via U.S. Mail on all parties and all counsel of record.

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
*Counsel for Defendants National Collegiate Student Loan Trust 2005-1; Transworld Systems Inc.; EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc.; Forster & Garbus, LLP; Mark A. Garbus; and Ronald Forster*